UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

October 16, 2018

## LETTER ORDER

Re: *Nash v. Governor Chris Christie, et al.*
    Civil Action No. 10-2113 (ES) (MAH)

Dear Parties:

On September 20, 2018, Plaintiff Ronald Nash's pro bono counsel, Cole Schotz PC ("Cole Schotz"), filed a letter seeking termination of its pro bono representation of Mr. Nash and dismissal of Mr. Nash's claims pursuant to Federal Rule of Civil Procedure 25(a). (D.E. No. 74). On September 25, 2018, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation ("R&R") that the undersigned grant Cole Schotz's request. (D.E. No. 75). The parties had fourteen days to file and serve any objections to Magistrate Judge Hammer's R&R pursuant to Local Civil Rule 72.1(c)(2). To date, the parties have not filed any objections.

Having reviewed Cole Schotz's request and Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 16th day of October 2018,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full, as the Opinion of this Court, and GRANTS Cole Schotz's request; and it is further

**ORDERED** that Cole Schotz's pro bono representation of Mr. Nash is hereby TERMINATED; and it is further

**ORDERED** that Mr. Nash's claims are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 25(a); and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry number 75; and it is further

**ORDERED** that the Clerk of Court shall mark this matter CLOSED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**